**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MP NEXLEVEL OF TEXAS, LLC,
a Texas Limited Liability Corporation,

Plaintiff,

vs.

Case No. 09-cv-02923-DSD-JJG

GABE'S CONSTRUCTION CO., INC.,
a Wisconsin Corporation, and
EXTENET SYSTEMS, INC.,
an Illinois Corporation,

Defendants.

---

**JOINT ANSWER OF DEFENDANTS**

---

Defendants Gabe's Construction Co., Inc. ("Gabe's Construction") and ExteNet Systems, Inc. ("ExteNet Systems"), by their attorneys, Barnes & Thornburg LLP, as their Answer to the Complaint of Plaintiff MP Nexlevel of Texas, LLC ("MP Nexlevel"), deny each and every allegation of the Complaint except as hereinafter admitted or otherwise qualified.

**PARTIES**

1. Defendants lack sufficient information to admit or deny the allegations of paragraph 1 of the Complaint and therefore deny the same.

2. Defendants admit the allegations or paragraph 2 of the Complaint.

3. Defendants admit the allegations or paragraph 3 of the Complaint.

**COUNT I**
**BREACH OF CONTRACT**
**(Against Gabe's)**

4. Defendants incorporate their responses to the allegations of paragraphs 1 through 3 as though fully set forth herein.

5. As to paragraph 5 of the Complaint, Gabe's Construction admits that it purchased labor and materials in various amounts and at various times from MP Nexlevel pursuant to one or more agreements and denies the remaining allegations of that paragraph. ExteNet lacks sufficient information to admit or deny the said allegations.

6. Gabe's Construction denies the allegations of paragraph 6 of the Complaint. ExteNet lacks sufficient information to admit or deny the said allegations.

7. Gabe's Construction denies the allegations of paragraph 7 of the Complaint. ExteNet lacks sufficient information to admit or deny the said allegations.

8. Gabe's Construction denies the allegations of paragraph 8 of the Complaint. ExteNet lacks sufficient information to admit or deny the said allegations.

**COUNT II**
**ACCOUNT STATED**
**(Against Gabe's)**

9. Defendants incorporate their responses to the allegations of paragraphs 1 through 8 as though fully set forth herein.

10. Gabe's Construction denies the allegations of paragraph 9 of the Complaint. ExteNet lacks sufficient information to admit or deny the said allegations.

11. As to paragraph 11 of the Complaint, Gabe's Construction admits that it received invoices from Nexlevel and denies the remaining allegations of that paragraph. ExteNet lacks sufficient information to admit or deny the said allegations.

12. Gabe's Construction denies the allegations of paragraph 12 of the Complaint. ExteNet lacks sufficient information to admit or deny the said allegations.

13. Gabe's Construction denies the allegations of paragraph 13 of the Complaint. ExteNet lacks sufficient information to admit or deny the said allegations.

14. Gabe's Construction denies the allegations of paragraph 14 of the Complaint. ExteNet lacks sufficient information to admit or deny the said allegations.

## COUNT III
## UNJUST ENRICHMENT

15. Defendants incorporate their responses to the allegations of paragraphs 1 through 14 as though fully set forth herein.

16. Defendants deny the allegations of paragraph 16 of the Complaint.

17. Defendants deny the allegations of paragraph 17 of the Complaint.

18. Defendants deny the allegations of paragraph 18 of the Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff's claim is barred by the doctrine of waiver.

3. Plaintiff's claim is barred by the doctrine of estoppel.

4. Plaintiff's claim is barred due to a failure or want of consideration.

5. Defendants reserve the right to file such additional affirmative defenses as may become apparent and appropriate during discovery to be conducted in this matter.

**BARNES & THORNBURG LLP**

Dated: October 22, 2009

s/David A. Orenstein
David A. Orenstein (#121447)
100 South Fifth Street
Suite 1100
Minneapolis, MN 55402
T: 612-333-2111
F: 612-333-6798
Email: David.Orenstein@BTLaw.com

ATTORNEYS FOR DEFENDANTS