UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MP Nexlevel of Texas, LLC,

Plaintiff,

v.

Gabe's Construction Co., Inc., and
ExteNet Systems, Inc.,

Defendants.

---

Civil File No. 09-2923 (DSD/JJG)

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED, by and between Plaintiff MP Nexlevel of Texas, LLC, by and through its counsel, and Defendants Gabe's Construction Co., Inc., and ExteNet Systems, Inc., by and through their counsel that the above-entitled action may be and is hereby dismissed without prejudice and without costs or attorney's fees to any of the parties to this action.

Dated: February 10, 2010

FELHABER, LARSON, FENLON & VOGT, P.A.

By: *s/ Marnie E. Fearon*

Richard J. Savelkoul, #0296818
Marnie E. Fearon, #305078
Jacob C. Hendricks, #0389402
220 South Sixth Street, Suite 2200
Minneapolis, Minnesota 55402
(612) 339-6321

**ATTORNEYS FOR PLAINTIFF**

Dated: February 10, 2010 BARNES & THORNBURG LLP

By: *s/ David Orenstein*
David A. Orenstein, #121447
100 South Fifth Street, Suite 1100
Minneapolis, Minnesota 55402
(612) 333-2111

Dated: February 10, 2010 ROHDE DALES LLP

By: *s/ William Te Winkle*
William P. Te Winkle, #1013259
607 North Eighth Street, Seventh Floor
Sheboygan, Wisconsin 53081
(920) 458-5501
*Admitted Pro Hac Vice*

**ATTORNEYS FOR DEFENDANTS**

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITHOUT PREJUDICE and without costs or attorney's fees to any of the parties to this action.

IT IS SO ORDERED.

Dated: ________________, 2010

BY THE COURT:

______________________________
Honorable David S. Doty
United States District Court Judge